

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2014

No. 04-13-00622-CV

**IN THE INTEREST OF S.C., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00414
Honorable Richard Garcia, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Luz Elena Chapa, Justice

Robin C. appeals the trial court's order terminating her parental rights. Appellant's court-appointed appellate attorney filed a motion to withdraw and a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he concluded the record on appeal does not present any arguable, nonfrivolous grounds for appeal. In accordance with *Anders*, this court held the motion to withdraw in abeyance and set a deadline of November 27, 2013, for appellant to file a pro se brief. We subsequently sent appellant a copy of the appellate record and granted her two extensions of time to file the pro se brief. Our most recent order, dated January 8, 2014, ordered appellant's pro se brief due January 20, 2014, and advised appellant that no further extensions of time would be granted.

Appellant has filed a motion stating the brief is not complete and requesting a further twenty-day extension of time to file the pro se brief. We **deny** the motion.

The State has filed a waiver of its right to file a brief. Accordingly, this appeal is ready to be submitted to a panel of this court for decision.

It so **ORDERED** on January 27, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court